| Information to identify the case: | | |
|---|---|---|
| Debtor **Manjinder Singh**<br>Name | | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   Eastern District of New York<br>290 Federal Plaza<br>Central Islip, NY 11722 | | Date case filed for Chapter **7: 6/1/15** |
| Case number: **8–15–72381–reg** | | |

# NOTICE OF DENIAL OF DISCHARGE

**NOTICE IS HEREBY GIVEN THAT:**

The above named debtor(s) having filed a petition in bankruptcy under Chapter 7 of the United States Bankruptcy Code on June 1, 2015, and an order denying the discharge of the debtor(s) having been signed by the Honorable Robert E. Grossman on May 31, 2017,

You are hereby notified that the above named debtor(s) have been denied a discharge pursuant to Section 727(a) of the Bankruptcy Code.

Dated: May 31, 2017

For the Court, Robert A. Gavin, Jr., Clerk of Court

**BLndd.jsp** [Notice of Denial of Discharge rev. 02/01/17]