| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Manjinder Singh**<br>First Name   Middle Name   Last Name | Social Security number or ITIN **xxx–xx–2684**<br>EIN \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| Debtor 2<br>(Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN \_ \_ \_ \_<br>EIN \_ \_–\_ \_ \_ \_ \_ \_ \_ |
| United States Bankruptcy Court **Eastern District of New York** | | |
| Case number: **8–15–72381–reg** | | |

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED THAT:**

- Allan B. Mendelsohn (Trustee) is discharged as trustee of the estate of the above–named debtor(s).
- The Chapter 7 case of the above–named debtor(s) is closed.

s/ Robert E. Grossman
United States Bankruptcy Judge

Dated: April 11, 2018

**BLfnld7** [Final Decree 7 rev 12/01/15]